1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JOHN LUCKETT,

             Plaintiff,

    v.

UNITED TITLE COMPANY, INC., *et al.*,

             Defendants.

Case No. 2:15-CV-00168-APG-VCF

**ORDER**

(DKT. #3, #5)

On March 30, 2015, Magistrate Judge Ferenbach entered a Report & Recommendation (Dkt. #3) recommending I dismiss the original complaint without prejudice because the complaint (1) lacked adequate allegations regarding jurisdiction and (2) appeared to request this court review state court judgments.  Plaintiff John Luckett filed a response in which he agreed the complaint required amendment. (Dkt. #5.)  Luckett also filed an amended complaint. (Dkt. #6.)

I have conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1).  Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Report & Recommendation (Dkt. #3) is accepted and plaintiff's original complaint is dismissed without prejudice.

DATED this 7th day of May, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE