UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN LUCKETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED TITLE COMPANY, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00168-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION AND DISMISSING CASE**<br><br>(ECF No. 12) |

On November 3, 2016, Magistrate Judge Ferenbach entered a Report & Recommendation recommending I dismiss plaintiff Luckett's second amended complaint without leave to amend. ECF No. 12. Luckett objected to that recommendation. ECF No. 13. I have conducted a de novo review of the issues set forth in the Report & Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report & Recommendation **(ECF No. 12) is accepted, and this case is DISMISSED.** The clerk of the court shall close the file.

DATED this 3rd day of May, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE